# Exhibit A-26

WHOIS search results





# Search the WHOIS Database

Enter a domain name to search    Search

Private Registration    Local listings

# WHOIS search results

Domain Name: REVIVULTIME.ORG
Registry Domain ID: D402200000009736433-LROR
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2019-05-18T03:49:25Z
Creation Date: 2019-03-18T17:51:55Z
Registry Expiry Date: 2020-03-18T17:51:55Z
Registrar Registration Expiration Date:
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
Reseller:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registrant Organization: Domain Protection Services, Inc.
Registrant State/Province: CO
Registrant Country: US



WHOIS search results

Name Server: NS1.A2HOSTING.COM
Name Server: NS2.A2HOSTING.COM
Name Server: NS3.A2HOSTING.COM
Name Server: NS4.A2HOSTING.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form
https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2019-08-02T20:31:03Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

The Registrar of Record identified in this output may have an RDDS service that can be queried for additional information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.

