# Exhibit C

RéVive

Exclusive Offer: Complimentary Travel-Friendly Treatment

Shop ⌄   New Arrivals   Best Sellers   Gifts   Our Story

# Best Sellers

Filter ⌄   Sort ⌄

**MOISTURIZING RENEWAL CREAM**
Nightly Retexturizer
$195.00
★★★★⯪
ADD TO CART

**FERMITIF NECK RENEWAL CREAM**
Broad Spectrum SPF 15 Sunscreen
$165.00
★★★★★
ADD TO CART

**MASQUE DES YEUX**
Revitalizing Eye Mask
$200.00
★★★★⯪
ADD TO CART

**INTENSITÉ LES YEUX**
Firming Eye Cream
$225.00
★★★★⯪
ADD TO CART

**MOISTURIZING RENEWAL EYE CREAM**
Ultra Retexturizing Hydrator
$150.00
★★★★⯪
ADD TO CART

**INTENSITÉ CRÈME LUSTRE DAY**
Firming Moisture Cream Broad Spectrum SPF 30 Sunscreen
$385.00
★★★★★
ADD TO CART

https://reviveskincare.com/collections/best-sellers

 

| EYE RENEWAL SERUM | MOISTURIZING RENEWAL CREAM | SENSITIF RENEWAL CREAM |
| --- | --- | --- |
| Firming Booster | Broad Spectrum SPF 15 Sunscreen | Daily Cellular Protection Broad Spectrum SPF 30 Sunscreen |
| $150.00 | $210.00 | $215.00 |
| ★★★★★ | ★★★★★ | ★★★★☆ |
| ADD TO CART | ADD TO CART | ADD TO CART |

https://reviveskincare.com/collections/best-sellers





https://www.bluemercury.com/collections/all/brand_revive



**RÉVIVE**
intensité crème lustre night firming moisture repair

$385.00

★★★★★ 1 review

**RÉVIVE**
defensif renewal serum

$235.00

**RÉVIVE**
rescue elixir anti-aging oil

$285.00

★★★★ 4 reviews

**RÉVIVE**
glycolic renewal peel system

$205.00

**RÉVIVE**
balancing toner

$65.00

**RÉVIVE**
moisturizing renewal cream suprême

$195.00

★★★★★ 1 review

**RÉVIVE**
cream cleanser luxe skin softener

$75.00

MARLA'S PICK!
**RÉVIVE**
soleil superieur broad spectrum spf 50 sunscreen

$115.00

★★★ 2 reviews

BEAUTY EXPERT'S PICK
**RÉVIVE**
masque de glaise

$125.00

★★★★★ 1 review

**RÉVIVE**
le tint moisturizing veil

$105.00

★★★★★ 2 reviews

MARLA'S PICK!
**RÉVIVE**
intensité line erasing serum

$600.00

★★★ 2 reviews

**RÉVIVE**
moisturizing renewal serum

$235.00

https://www.bluemercury.com/collections/all/brand_revive