# Exhibit H

# United States of America
## United States Patent and Trademark Office

## RÉ VIVE ACNE REPARATIF

**Reg. No. 3,787,890**  
**Registered May 11, 2010**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

GURWITCH PRODUCTS, L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
13259 NORTH PROMENADE BOULEVARD
STAFFORD, TX 77477

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, GELS; NON-MEDICATED ACNE TREATMENT PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-30-2008; IN COMMERCE 8-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,539,403 AND 2,875,712.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACNE", APART FROM THE MARK AS SHOWN.

THE WORDING "RÉ VIVE" AND "REPARATIF" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 77-415,089, FILED 3-6-2008.

MARLENE BELL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ACNE REPARATIF RÉ VIVE

**Reg. No. 3,787,890**
**Registered May 11, 2010**
**Amended May 24, 2016**
**Int. Cl.: 3**

**TRADEMARK**
**PRINCIPAL REGISTER**

GURWITCH PRODUCTS, L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
8 GREENWAY PLAZA
SUITE 700
HOUSTON, TX 77046

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, GELS; NON-MEDICATED ACNE TREATMENT PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-30-2008; IN COMMERCE 8-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,539,403 AND 2,875,712.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACNE", APART FROM THE MARK AS SHOWN.

THE WORDING "RÉ VIVE" AND "REPARATIF" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 77-415,089, FILED 3-6-2008.



Director of the United States
Patent and Trademark Office