# Exhibit BB

support@reviveultimeproducts.com | (877) 238-1580

# Revive Ultimè

HOME     BUY PRODUCTS     CART     CONTACT



HELPS SUPPORT

## Skin health & wellness

REPAIR + RESTORE + REJUVENATE

Revive Ultimè is formulated to support skin's elasticity and appearance.

**SHOP NOW**

## OUR PRODUCTS

SKIN CARE SYSTEM

     

**REVIVE ULTIMÈ SKIN**

-The skin is the orga…

VIEW MORE

**REVIVE ULTIMÈ SERUM**

-One of the first pla…

VIEW MORE

TERMS AND CONDITIONS    PRIVACY POLICY    CONTACT

Copyright © 2019 Revive Ultimè. All Rights Reserved.

support@reviveultimeproducts.com | (877) 238-1580

# Revive Ultimè

HOME    BUY PRODUCTS    CART    CONTACT

HOME  /  CONTACT US

# Contact us

We at Revive Ultimè, place customer support and satisfaction above all else. For any questions about the product, usage, billing or returns, please contact our customer service executives via phone or email.

 (877) 238-1580 (TOLL FREE)

 support@reviveultimeproducts.com

## OPERATION HOURS

MONDAY - FRIDAY        9am - 5pm PST

## RETURN ADDRESS

 REVIVE ULTIMÈ
11551 E. 45TH AVENUE, UNIT C DENVER, CO 80239

TERMS AND CONDITIONS    PRIVACY POLICY    CONTACT

Copyright © 2019 Revive Ultimè. All Rights Reserved.