```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/11/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RV SKINCARE BRANDS LLC,                                  :
                                                         :
                              Plaintiff,                 :   Civil Action No.: 1:18-cv-08411-VEC
                                                         :
V.                                                       :
                                                         :   **JOINT STIPULATION RE**
DIGBY INVESTMENTS LIMITED, ET AL.,                       :   **CASE CAPTION**
                                                         :
                              Defendants.                :
-------------------------------------------------------- x

Pursuant to the Court's request at the September 27, 2019 Status Conference, and by and through their respective counsel, Plaintiff RV Skincare Brands LLC and Defendant Quick Box, LLC, hereby agree and stipulate to amend the case caption to include the following defendants that were added in the Second Amended Complaint (ECF No. 88): Ontario Limited, Tre Marketing Internet Ltd., Khal Worldwide and Domain Name Defendants, verorevive.org, verocream.org, verorevivecream.com, aurarevivecream.org, aurarevivecream.net, aurarevivecream.com, reviveultime.net, reviveultimeproducts.com, revivultimecream.com, revivultime.net, and revivultime.org. The revised caption is set forth below:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------
RV SKINCARE BRANDS LLC,

                              Plaintiff,                     Civil Action No.: 1:18-cv-08411-VEC

V.

DIGBY INVESTMENTS LIMITED; QUICK BOX
LLC; ONTARIO LIMITED; TRE MARKETING
INTERNET LTD.; KHAL WORLDWIDE; and Internet
Domain Names, GetReviveSkin.com, et al.

                              Defendants.
----------------------------------------------------------

19918309-v1

Dated: October 11, 2019

By: /s/ Maria A. Scungio
Maria A. Scungio
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
*Attorneys for Plaintiff RV Skincare Brands LLC*

By: /s/ Damon W.D. Wright
Damon W.D. Wright
GORDON REES SCULLY MANSUKHANI, LLP
1140 Third Street NE
Washington, D.C. 20002
*Attorneys for Defendant Quick Box, LLC*

Application GRANTED. The Clerk of Court is respectfully directed to update the docket sheet to reflect all of the parties named above, including each of the domain name defendants.

SO ORDERED.            Date: 10/11/2019

*(signature: Valerie Caproni)*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE