```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
-------------------------------------- X  ELECTRONICALLY FILED
 RV SKINCARE BRANDS LLC,               :  DOC #:_____
                                       :  DATE FILED: 03/13/2020
                            Plaintiff, :
                                       :
              -against-                :
                                       :  18-CV-8411 (VEC)
                                       :
 DIGBY INVESTMENTS LIMITED; QUICK      :  ORDER
 BOX LLC; ONTARIO LIMITED; TRE         :
 MARKETING INTERNET LTD.; KHAL         :
 WORLDWIDE; and Internet Domain Names, :
 GetReviveSkin.com, et al.,            :
                                       :
                           Defendants. :
-------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff and Defendants Quick Box, LLC and Khal Worldwide appeared for a status conference on March 13, 2020;

IT IS HEREBY ORDERED, for the reasons stated at the conference, that:

- Plaintiff must provide, no later than the close of business on **March 13, 2020**, a list of written questions to Khal Worldwide, which may either file a letter motion objecting to such questions by **March 16, 2020**, or provide sworn answers by **March 26, 2020**. If Khal Worldwide objects to the questions, Plaintiff must respond to its objections by **March 20, 2020**.

- The parties must file a stipulated confidentiality order or a letter containing the respective versions of the proposed language concerning disclosure to Defendants' in-house counsel, no later than **March 16, 2020**.

- Plaintiff must produce all withheld documents after the confidentiality order is approved by the Court, no later than **March 17, 2020**.

- Plaintiff must move for default against Defendant Ontario Limited, no later than **March 20, 2020**.

- Plaintiff must serve all internet domain name defendants, no later than **March 20, 2020**, else they will be promptly dismissed from this action for Plaintiff's failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

- Plaintiff must provide updated responses to Quick Box's interrogatories and requests for admission, no later than **March 20, 2020**.

- The parties must propose, no later than **March 20, 2020**, a schedule with interim deadlines for expert discovery, which must be completed no later than **June 30, 2020**.

- Quick Box must provide sworn answers, no later than **March 26, 2020**, to the list of questions that Plaintiff has already provided as follow-ups to the Rule 30(b)(6) deposition of Quick Box.

- Plaintiff must file a status update as to efforts to effect service on Defendant Tre Marketing, no later than **April 17, 2020**.

- The parties must submit a monthly status report on **May 1, June 1, and July 1, 2020,** with the final report also addressing any anticipated motions and prospects for settlement.

- The parties must appear for a status conference on **July 10, 2020, at 10:00 A.M.**, to set a schedule for any anticipated *Daubert* or summary judgment motion(s).

**SO ORDERED.**

Date: **March 13, 2020**  
New York, New York

VALERIE CAPRONI  
United States District Judge